IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00465-MSK-KLM

BALL DYNAMICS INTERNATIONAL, LLC, a Colorado limited liability company,

    Plaintiff,

v.

JAMZ FITNESS, INC., a Florida corporation,

    Defendant.

## STIPULATED PRELIMINARY INJUNCTION

Pursuant to the stipulation of the parties,

**IT IS ORDERED THAT**:

1.    Defendant, its officers, agents, employees and attorney, its successors and assigns, and those persons acting in concert or participation with, or on behalf of Defendant are restrained and enjoined from (a) directly or indirectly infringing upon Plaintiff's rights in connection with the mark "Fitball®," "Fitball," "Fitball (and Design)®," and "Fitball (and design)" (collectively the "Marks") through the use of the word "FIT BALL" or the name and mark "fit ball" in connection with the sale and/or distribution of Defendant's products, materials or services or (b) filling any orders for products, materials or services using the name and mark "FIT BALL" or the name and mark "fit ball" or otherwise infringing on the Marks.

2.    Defendant, its officers, agents, employees and attorney, its successors and assigns, and those persons acting in concert or participation with, or on behalf of Defendant are ordered to cease distribution and sale of products, materials or services bearing or using the

name and mark "FIT BALL" or the name and mark "fit ball" or other names and marks similar or likely to cause confusion with the Marks or otherwise infringe on the Marks.

3. Defendant shall take all actions necessary to correct any packaging, products or other materials, within Defendants custody or control, on which the words FIT BALL" or the name and mark "fit ball" appear. Products, materials and services provided to Defendant's customers prior to March 20, 2008, are deemed beyond Defendant's custody and control.[1]

4. For purposes of this Order, the words "FITNESS BALL" or "fitness ball" are deemed dissimilar from and unlikely to cause confusion with the Marks. Accordingly, nothing contained herein shall restrain Defendant's use of the words "FITNESS BALL" or "fitness ball" in connection with the sale and/or distribution of Defendant's products, materials or services.

5. The May 15, 2008 hearing on Plaintiff's application for preliminary injunction is vacated.

6. The Plaintiff may serve limited written discovery requests in accordance with the Order entered on April 2, 2008 as set forth in the Courtroom Minutes of that date. Responses to such discovery shall be exchanged by April 23, 2008.

Dated this 7th day of April, 2008

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge

---

[1] The parties stipulate that to the extent Defendant filled small orders between March 20, 2008 and April 3, 2008 (i.e., to individual consumers, rather than bulk shipments to retail customers), such shipments shall not be deemed in violation of this Order.